

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Team Technologies, Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282R | $36,518.65 | 12/5/2019 | 97518 | 11/15/2019 | $3,244.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080763 | $25,636.55 | 10/25/2019 | 95285 | 10/2/2019 | $17,525.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080763 | $25,636.55 | 10/25/2019 | 96134 | 10/18/2019 | $8,111.25 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863 | $11,499.95 | 11/7/2019 | 96135 | 10/18/2019 | $3,532.90 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080863 | $11,499.95 | 11/7/2019 | 96136 | 10/18/2019 | $7,967.05 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080975 | $22,783.60 | 11/13/2019 | 96137 | 10/18/2019 | $11,355.75 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080975 | $22,783.60 | 11/13/2019 | 96856 | 10/31/2019 | $11,427.85 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061 | $24,153.50 | 11/20/2019 | 96857 | 10/31/2019 | $3,280.55 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061 | $24,153.50 | 11/20/2019 | 96858 | 10/31/2019 | $8,075.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080588 | $30,600.00 | 10/16/2019 | 94606 | 9/17/2019 | $30,600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061 | $24,153.50 | 11/20/2019 | 97612 | 11/18/2019 | $3,568.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081463 | $19,791.45 | 12/17/2019 | 98587 | 12/6/2019 | $3,244.50 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282R | $36,518.65 | 12/5/2019 | 97581 | 11/18/2019 | $10,274.25 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282R | $36,518.65 | 12/5/2019 | 97613 | 11/18/2019 | $6,164.55 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282R | $36,518.65 | 12/5/2019 | 97926 | 11/22/2019 | $6,489.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081282R | $36,518.65 | 12/5/2019 | 98164 | 11/26/2019 | $10,346.35 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081380C | $13,735.05 | 12/12/2019 | 98583 | 12/6/2019 | $324.45 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081380C | $13,735.05 | 12/12/2019 | 98584 | 12/6/2019 | $11,031.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081380C | $13,735.05 | 12/12/2019 | 98585 | 12/6/2019 | $2,379.30 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081463 | $19,791.45 | 12/17/2019 | 97925 | 11/22/2019 | $6,489.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081463 | $19,791.45 | 12/17/2019 | 98586 | 12/6/2019 | $10,057.95 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061 | $24,153.50 | 11/20/2019 | 97124 | 11/8/2019 | $9,228.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals:** | **8 transfer(s),** | **$184,718.75** | | | | | |